IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No. 17-cv-779-jdp

J & R GROWERS, LLC, RICHARD J.
RASMUSSEN, and JEANNIE RAE
CARLSTROM,

    Defendants.

**ORDER CONFIRMING SALE**

On reading and filing the report of the United States Marshal for the Western District of Wisconsin, appointed under the judgment entered in the above action to make sale of the premises described in the complaint herein, and it appearing: that due notice of the application to confirm the report and sale was given by mail to all parties or their authorized representatives; that the United States Marshal in making the sale has complied with the judgment of foreclosure entered in this case and with the applicable statutes; that the monies from the sale were insufficient to pay the whole amount adjudged to the plaintiff, United States of America, together with interest and costs; that the deficiency in that respect being in the amount of $488,851.46; and that deficiency judgment is not being sought in this action.

Now, therefore, on application of Barbara L. Oswald, Assistant United States Attorney, Office of the United States Attorney for the Western District of Wisconsin, attorney for the plaintiff,

IT IS ORDERED:

1. That the sale of the mortgaged premises involved in the above action to Christopher Troy Johnson and Clarissa Rose Johnson, for the sum of $90,000.00, and the United States Marshal's report of sale, are hereby in all things approved and confirmed.

2. That upon the entry and filing of this Order with the Clerk of the United States District Court for the Western District of Wisconsin, and upon the payment of the balance due to the United States Marshal, the United States Marshal shall deliver the United States Marshal's Deed for the premises involved in this action to:

>   Christopher Troy Johnson
>   Clarissa Rose Johnson
>   2604 290th Street
>   St. Croix Falls, WI 54024

3. That the United States Marshal's costs are as follows:

| | | |
|---|---|---|
| (a) | Fee | $ 780.00 |
| (b) | Mileage | $ 294.30 |
| | TOTAL EXPENSES | $1,074.30 |

The expenses owed to the United States Marshal's Service are to be paid from the proceeds of the sale.

4. That the United States Attorney's costs are as follows:

   (b) Filing Fee           $ 30.00
   (c) Publishing Fee       $249.83

       TOTAL EXPENSES       $279.83

The expenses owed to the United States Attorney's Office are to be paid from the proceeds of the sale.

5. That the real estate transfer fee for recording the United States Marshal's Deed for the property is $270.00. A check for this amount, payable to the Polk County Register of Deeds, should be mailed by the United States Marshal to the purchaser listed in paragraph 2 above, along with the United States Marshal's Deed.

Entered this 12ND day of MAY, 2018.

BY THE COURT:

JAMES D. PETERSON
United States District Judge
Western District of Wisconsin